Slip Op. 05-33

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ANSHAN IRON & STEEL COMPANY, LTD., et al., | : |
| Plaintiffs, | : |
| v. | : |
| UNITED STATES OF AMERICA | : Before: WALLACH, Judge<br>: Consol. Court No. 02-00088 |
| Defendant, | : |
| and | : |
| UNITED STATES STEEL CORPORATION, and GALLATIN STEEL COMPANY, et al., | : |
| Defendant-Intervenors. | : |

**JUDGMENT ORDER**

Upon consideration of the Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to Court Remand ("Remand Determination"), filed pursuant to this court's decision and Order in Anshan Iron & Steel Co. v. United States, Slip Op. 04-121 (September 22, 2004); the parties having filed no comments contesting Commerce's Remand Determination; the Court having reviewed Commerce's Remand Determination and all pleadings and papers on file herein, and good cause appearing therefore, it is hereby

ORDERED that Commerce's Remand Determination is in accordance with this Court's decision and Order of September 22, 2004; and it is further

ORDERED that Commerce's Remand Determination is sustained.


　　　　　　　　　　　/s/ Evan J. Wallach
　　　　　　　　　　　Evan J.Wallach, Judge


Dated:　　　March 15, 2005
　　　　　　　New York, New York